## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff<br><br>v.<br><br>KATHERINE VAZQUEZ<br>  Defendant | CRIMINAL NO. 99CR005-01(PG) |

### NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

   Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case have been satisfied in full by defendant Katherine Vazquez.

   I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

   In San Juan, Puerto Rico, this 10th day of November, 2004.

                                   H. S. GARCIA
                                   UNITED STATES ATTORNEY


                                   S/ REBECCA VARGAS VERA
                                      Assistant U.S. Attorney
                                      Financial Litigation Unit
                                      USDC ID NO. 203307
                                      Torre Chardon, Suite 1201
                                      350 Carlos Chardon Street
                                      San Juan, Puerto Rico 00918
                                      Tel. 766-5656

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br><br>              v.<br><br>KATHERINE VAZQUEZ<br>        Defendant | CRIMINAL NO. 99CR005-01(PG) |

**ENTRY OF SATISFACTION**

The Satisfaction of the SPECIAL MONETARY ASSESSMENT AND CRIMINAL FINE IS HEREBY ENTERED.

San Juan, Puerto Rico, this ___ day of _____ of _____.

                              FRANCES RIOS DE MORAN
                              CLERK OF THE COURT
                              UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF PUERTO RICO


                              By: _____
                                      Deputy Clerk